IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEJON ANTHONY DUNCAN,<br><br>Defendant. | CR 20-25-BLG-SPW-4<br><br>ORDER |

This Court previously referred Defendant's Motion to Change Plea (Doc. 224), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of conducting the change of plea hearing. On January 21, 2022, the Defendant plead guilty before Magistrate Judge Timothy J. Cavan to a Class A Misdemeanor. Therefore,

IT IS HEREBY ORDERED that this case shall be referred to Magistrate Judge Timothy J. Cavan for all further proceedings.

DATED this 21st day of January, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE