IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEJON ANTHONY DUNCAN,<br><br>Defendant. | CR 20-25-BLG-SPW-TJC-4<br><br>ORDER |

This Court previously referred Defendant's Motion to Change Plea (Doc. 224), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to Magistrate Judge Timothy J. Cavan (Doc. 225). Defendant, Dejon Anthony Duncan, appeared before U.S. Magistrate Judge Timothy J. Cavan in open court on January 21, 2022 for purposes of a change of plea hearing. Defendant plead guilty before Magistrate Judge Timothy J. Cavan to a Class A Misdemeanor. United States Judge Timothy J. Cavan entered Findings and Recommendation in this matter on January 21, 2022 (Doc 241). No objections having been filed within

1

fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendation (Doc. 241) are ADOPTED IN FULL.

On January 21, 2022 this Court referred the above-captioned case to Magistrate Judge Timothy J. Cavan for all further proceedings, including sentencing (Doc. 239). Judge Cavan has set this case for sentencing on April 19, 2022 at 9:00 a.m.

DATED this 7th day of February, 2022.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE