IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-25-BLG-SPW-(4) |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING SUPERSEDING INDICTMENT WITHOUT PREJUDICE |
| DEJON ANTHONY DUNCAN, | |
| Defendant. | |

On April 19, 2022 the Defendant, Dejon Anthony Ducan was sentenced to Count I of the Superseding Information (Doc. 236) before Magistrate Judge Timothy J. Cavan. Therefore,

Upon the United States' Unopposed Motion to Dismiss Superseding Indictment (Doc. 269), and for good cause shown,

IT IS HEREBY ORDERED, pursuant to Fed. R. Crim. P. 48(a), the United States' Motion to Dismiss the Superseding Indictment without prejudice against Dejon Anthony Duncan is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of April, 2022.

SUSAN P. WATTERS
United States District Court Judge

1